# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**RAHSAAN BRANDON DARDEN,**         ]
                                     ]
    Plaintiff(s),            ]
                                     ]
vs.                                  ]    CV-01-N-3369-S
                                     ]
**UNITED PARCEL SERVICE,**           ]
                                     ]
    Defendant(s).            ]

### Memorandum of Opinion

The above-styled action, brought by Rahsaan Brandon Darden in this court, is among a multitude of cases filed by him since September of 1998. *See Darden v. United Postal Service*, CV-98-B-2438-S (N.D. Ala. 1998) (Blackburn, J.). Mr. Darden did not receive a favorable outcome in his original lawsuit, and since that time, he has continued to file complaints in this court alleging the same or similar causes of action against the same defendant, arising from the same nucleus of operative facts as that of the litigated matter. *See, e.g., Darden v. United Parcel Service*, CV-01-BU-1960-S; *Darden v. United Parcel Service*, CV-01-N-1964-S; *Darden v. United Parcel Service*, CV-01-H-2058-S; *Darden v. United Parcel Service*, CV-01-B-2098-S; *Darden v. United Parcel Service*, CV-01-N-3260-S; *Darden v. United Parcel Service*, CV-01-N-3323-S.[1]

---

[1] Indeed, the impetus of this order is in part a January 10, 2002, application by Mr. Darden to proceed *in forma pauperis*, in an action against United Parcel Service, despite the fact that Mr. Darden had a similar application rejected by this court in the above-styled action on January 4, 2002. (Doc. # 3). The action of the court on January 4 did not close the above-styled case, however, but simply required Mr. Darden to pay the requisite filing fee.



The court is under no obligation to entertain these frequent and frivolous filings of Mr. Darden.[2] Such acts of abuse degrade the court and frustrate its efforts to ensure that justice is done for those who truly seek it. By separate order the above-styled action will be dismissed as frivolous, and the Clerk will be instructed to present to Magistrate Judge or Judge of this court all proposed future filings by Mr. Darden by prescreening.

Done, this 15-th of January, 2002.

_____
EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE

---

[2] *See, e.g., In the Matter of Davis*, 878 F.2d 211 (7th Cir. 1989); *Triparti v. Beaman*, 878 F.2d 351 (10th Cir. 1989).